UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BAINBRIDGE FUND LTD.,<br>                Plaintiff,<br>v.<br><br>THE REPUBLIC OF ARGENTINA,<br>                Defendant. | Civil Case No. 1:16-cv-08605-LAP |

## NOTICE OF APPEAL

Notice is hereby given that the Republic of Argentina, defendant in the above-captioned case, hereby appeals to the United States Court of Appeals for the Second Circuit from all aspects of the Stipulation and Order granting the plaintiffs' motion for post-judgment attachment, which was entered in this action on March 31, 2023 (the "March 31, 2023 Order"). A copy of the March 31, 2023 Order is attached hereto as Exhibit A.

Dated: New York, New York
       April 28, 2023

                                      Respectfully submitted,

                                      CLEARY GOTTLIEB STEEN & HAMILTON LLP

                                      _____
                                      Carmine D. Boccuzzi Jr.
                                      Rebecca D. Rubin
                                      One Liberty Plaza, New York, New York 10006
                                      T: 212-225-2000; cboccuzzi@cgsh.com

                                      Rathna Ramamurthi
                                      2112 Pennsylvania Avenue, Washington, DC 20037
                                      T: 202-974-1500; rramamurthi@cgsh.com
                                      *Attorneys for the Republic of Argentina*

# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BAINBRIDGE FUND LTD.,

        *Plaintiff*,

-against-

THE REPUBLIC OF ARGENTINA,

        *Defendant*.

STIPULATION AND [PROPOSED] ORDER

16 Civ. 08605 (LAP)

The Republic of Argentina (the "Republic"), by its attorneys, Cleary Gottlieb Steen & Hamilton LLP, and Bainbridge Fund Ltd. ("Bainbridge"), by its attorneys, Duane Morris LLP, hereby stipulate and agree as follows, subject to the approval of the Court, that:

WHEREAS, on June 29, 2021, plaintiffs in *Attestor Master Value Fund LP v. The Republic of Argentina*, 14-cv-05849; *Trinity Investments Ltd. v. The Republic of Argentina*, 14-cv-10016, 15-cv-1588, 15-cv-2611, 15-cv-5886, 15-cv-9982, 16-cv-1436; *Bybrook Capital Master Fund LP & Bybrook Capital Hazelton Master Fund LP v. The Republic of Argentina*, 15-cv-2369, 15-cv-7367, 16-cv-1192, 21-cv-2060; *White Hawthorne, LLC v. The Republic of Argentina*, 15-cv-4767, 15-cv-9601; *White Hawthorne, LLC & White Hawthorne II, LLC v. The Republic of Argentina*, 16-cv-1042; and *Bison Bee LLC v. The Republic of Argentina*, 18-cv-3446 (the "Attestor Proceedings") obtained attachment orders (the "Attestor Orders"), attaching ███████████████████████████████████████

WHEREAS, the Attestor Orders were confirmed by this Court on July 20, 2022 and clarified through confirmation orders entered on August 22, 2022;

WHEREAS, on September 21, 2022, the Republic filed Notices of Appeal of the Attestor Orders (the "Appeals") to the Court of Appeals for the Second Circuit, which were subsequently

consolidated as *Attestor Market Value Fund LP v. The Republic of Argentina*, 22-2301(L). This appeal is currently sub judice;

WHEREAS, on January 30, 2023, Bainbridge filed an *ex parte* motion for attachment of ███████████████████████████████████████████████████

████████████████████

WHEREAS, on February 17, 2023, Bainbridge filed an *ex parte* motion for an amended attachment order, which was granted on February 17, 2023 (the "Attachment Order");

WHEREAS, on March 3, 2023, Bainbridge filed a motion to confirm the Attachment Order;

WHEREAS, on March 15, 2023, the Court held a hearing in the Attestor Proceedings (the "March 15 Hearing"), issued a ruling from the bench, and instructed the parties to settle an appropriate order;

WHERAS, on March 28, 2023, this Court entered an Order (the "March 28 Order"), reflecting its March 15, 2023 ruling; and

WHEREAS, the Republic plans to appeal from the March 28 Order;

IT IS HEREBY STIPULATED AND AGREED THAT:

1.  The Attachment Order is modified to clarify that the attachment is granted and confirmed as to solely the ████████████████████████████ ███████████████████████████████████████████████████ ███████████████████████████████████████████████████ ████████████████████████████

2.  The Republic and Bainbridge agree that the Republic preserves all arguments that the Republic might have and maintains the Republic's right to appeal this order. Following

resolution of the pending Appeal and any appeal of the March 28 Order (together with the Appeal, the "Attestor Appeals"), the Republic and Bainbridge shall promptly confer as to appropriate steps with respect to the impact of the resolution on the Attachment Order.

3. Should Bainbridge intervene in a future appeal of the March 28 Order, all arguments raised by the parties in the Attestor Proceedings and the Attestor Appeals are deemed to have been raised in *Bainbridge Fund Ltd. v. Republic of Argentina*, 16-cv-8605.

4. For the avoidance of doubt, the Republic respectfully contends that neither the Attestor Orders nor the Attachment Order were properly granted and confirmed on the grounds the Court stated in the Attestor Proceedings. However, to avoid duplicative motion practice and briefing, the grounds this Court asserted for granting the Attestor Orders apply with equal force to the Attachment Order here. The Republic contends that if those grounds are incorrect, the granting and confirmation of the Attachment Order must be in error as well.

5. Nothing in this Agreement affects the priority of claims amongst any creditors.

6. Nothing in this Agreement shall affect the existing turnover proceeding between the parties in the case captioned *Bainbridge Fund Ltd. v. the Republic of Argentina*, No. 16-cv-8605 (LAP), or any determination as to which of the Republic's assets are subject to the jurisdiction of any court in the United States.

7. Any levy made by Bainbridge shall stay in effect until 30 days after the issuance of any mandate by the Court of Appeals.

8. Nothing in this Agreement affects the right of either party to seek a stay of any future order of this Court.

9. The Attachment Order and this order shall be stayed pending further Order of this Court following the issuance of the mandate in each of the Attestor Appeals.

10. The Republic shall provide any further filings in the Attestor Proceedings to Bainbridge, subject to the same Confidentiality Orders protecting such filings in those proceedings.

11. Nothing in this Agreement is meant to affect any judicial interpretation of Articles 52 and 62 of the CPLR.

12. For the avoidance of any doubt, nothing in the Attachment Order or this order shall be construed to in any away affect ███████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
█████████████████████████████

DATED: March 31, 2023
New York, New York

        CLEARY GOTTLIEB STEEN & HAMILTON LLP

        */s/ CB*
        ―――――――――――――――――――――――
        Carmine D. Boccuzzi, Jr. (cboccuzzi@cgsh.com)
        Rebecca D. Rubin (rrubin@cgsh.com)
        One Liberty Plaza
        New York, New York 10006
        (212) 225-2000

        *Attorneys for the Republic of Argentina*


        DUANE MORRIS LLP

        */s/ Anthony J. Costantini*
        ―――――――――――――――――――――――
        Anthony J. Costantini (ajcostantini@duanemorris.com)
        David T. McTaggart (dtmctaggart@duanemorris.com)
        Kevin Savarese (ksavarese@duanemorris.com)
        1540 Broadway
        New York, New York 10036
        (212) 692-1000

        *Attorneys for Bainbridge Fund Ltd.*


        SO ORDERED.

        */s/ Loretta A. Preska*
        3/31/2023

# U.S. District Court
# Southern District of New York (Foley Square)
# CIVIL DOCKET FOR CASE #: 1:16−cv−08605−LAP

| | |
|---|---|
| Bainbridge Fund LTD v. The Republic of Argentina<br>Assigned to: Judge Loretta A. Preska<br>Related Case: 1:08−cv−06978−LAP<br>Cause: 28:1330 Breach of Contract | Date Filed: 11/04/2016<br>Date Terminated: 12/01/2020<br>Jury Demand: None<br>Nature of Suit: 190 Contract: Other<br>Jurisdiction: Diversity |

**Plaintiff**

**Bainbridge Fund LTD**   represented by   **David Thomas McTaggart**
Duane Morris LLP
1540 Broadway
New York, NY 10036
(212)−471−1814
Fax: (212)−6921−1000
Email: dtmctaggart@duanemorris.com
*ATTORNEY TO BE NOTICED*

**Kevin Savarese**
Duane Morris LLP
1540 Broadway
New York, NY 10036
212−471−1825
Email: ksavarese@duanemorris.com
*TERMINATED: 04/24/2023*

**Anthony J. Costantini**
Duane Morris, LLP (NYC)
1540 Broadway, 14th Floor
New York, NY 10036−4086
212 692−1000
Fax: 212 692−1020
Email: ajcostantini@duanemorris.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**The Republic of Argentina**   represented by   **Carmine D. Boccuzzi , Jr**
Cleary Gottlieb
One Liberty Plaza
New York, NY 10006
212−225−2000
Fax: 212−225−3499
Email: cboccuzzi@cgsh.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rahul Mukhi**
Cleary Gottlieb Steen & Hamilton LLP (NYC)
One Liberty Plaza
New York, NY 10006
212−225−2000
Fax: 212−225−3499
Email: rmukhi@cgsh.com
*ATTORNEY TO BE NOTICED*

**Rathna Janani Ramamurthi**

Cleary Gottlieb Steen & Hamilton LLP
2112 Pennsylvania Avenue NW
Washington, DC 20037
202−974−1500
Email: rramamurthi@cgsh.com
*ATTORNEY TO BE NOTICED*

**Rebecca Deanne Rubin**
Cleary Gottlieb
One Liberty Plaza
New York, NY 10006
212−225−2378
Email: rrubin@cgsh.com
*ATTORNEY TO BE NOTICED*

V.

**Garnishee**

| | | |
|---|---|---|
| **Federal Reserve Bank of New York** | represented by | **Michael Martin Brennan**<br>Federal Reserve Bank of New York<br>33 Maiden Lane<br>New York, NY 10038<br>(212)−720−8235<br>Fax: (212)−720−8709<br>Email: michael.brennan@ny.frb.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 11/04/2016 | 1 | COMPLAINT against The Republic of Argentina. (Filing Fee $ 400.00, Receipt Number 0208−12956147)Document filed by Bainbridge Fund LTD. (Attachments: # 1 Exhibit Exh. A− Fiscal agency agreement 10−19−94, # 2 Exhibit Exh. B− 1993 Trust Deed July 27, 1993, # 3 Exhibit Exh. C− 1992 FRB− Part 1, # 4 Exhibit Exh. C− 1992 FRB− Part 2, # 5 Exhibit Exh. C −1992 FRB− Part 3, # 6 Exhibit Exh. D− Custody Statement, # 7 Exhibit Exh. E − Law 26017, # 8 Exhibit Exh. F − Law 26547, # 9 Exhibit Exh. G − 12−07−11 Order granting Summary Judgment, # 10 Exhibit Exh. H − 02−23−12 Order, # 11 Exhibit Exh. I − 11−21−12 Amended 02−23−12 Order, # 12 Exhibit Exh. J − 09−29−14 Order, # 13 Exhibit Exh. K − 10−03−14 Order, # 14 Exhibit Exh. L − 06−05−15 Opinion and Order, # 15 Exhibit Exh. M − 10−22−15 Opinion and Order, # 16 Exhibit Exh. N − New Lock Law, # 17 Exhibit Exh. O − Trimester Report, # 18 Exhibit Exh. P − 18−K)(Costantini, Anthony) (Entered: 11/04/2016) |
| 11/04/2016 | 2 | CIVIL COVER SHEET filed. (Costantini, Anthony) (Entered: 11/04/2016) |
| 11/04/2016 | 3 | RELATED CASE AFFIRMATION of Anthony Costantini, Esq. re: that this action be filed as related to 08−cv−6978. Document filed by Bainbridge Fund LTD.(Costantini, Anthony) (Entered: 11/04/2016) |
| 11/04/2016 | 4 | REQUEST FOR ISSUANCE OF SUMMONS as to The Republic of Argentina, re: 1 Complaint,,,. Document filed by Bainbridge Fund LTD. (Costantini, Anthony) (Entered: 11/04/2016) |
| 11/04/2016 | 5 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Bainbridge Fund LTD.(Costantini, Anthony) (Entered: 11/04/2016) |
| 11/07/2016 | | ***NOTICE TO ATTORNEY REGARDING CASE OPENING STATISTICAL ERROR CORRECTION: Notice to attorney Anthony J. Costantini. The following case opening statistical information was erroneously selected/entered: County code New York;. The following correction(s) have been made to your case entry: the County code has been modified to XX Out of U.S.;. (rch)** (Entered: 11/07/2016) |

| 11/07/2016 | 6 | ELECTRONIC SUMMONS ISSUED as to The Republic of Argentina. (rch) (Entered: 11/07/2016) |
|---|---|---|
| 11/07/2016 | | CASE REFERRED TO Judge Thomas P. Griesa as possibly similar to 08–cv–6978. (rch) (Entered: 11/07/2016) |
| 11/07/2016 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above–entitled action is assigned to Judge Unassigned. (rch) (Entered: 11/07/2016) |
| 11/07/2016 | | Case Designated ECF. (rch) (Entered: 11/07/2016) |
| 11/10/2016 | | CASE ACCEPTED AS RELATED. Create association to 1:08–cv–06978–TPG. Notice of Assignment to follow. (wb) (Entered: 11/10/2016) |
| 11/10/2016 | | NOTICE OF CASE REASSIGNMENT to Judge Thomas P. Griesa. Judge Unassigned is no longer assigned to the case. (wb) (Entered: 11/10/2016) |
| 11/10/2016 | | Magistrate Judge Gabriel W. Gorenstein is so designated. (wb) (Entered: 11/10/2016) |
| 11/15/2016 | 7 | SUMMONS RETURNED EXECUTED Summons and Complaint,,, served. The Republic of Argentina served on 11/8/2016, answer due 1/7/2017. Service was accepted by Gustavo Vianna–Biehler, Assistant Secretary. Document filed by Bainbridge Fund LTD. (Costantini, Anthony) (Entered: 11/15/2016) |
| 01/06/2017 | 8 | CONSENT LETTER MOTION for Extension of Time to File Answer, *motion or other response to the Complaint,* addressed to Judge Thomas P. Griesa from Carmine D. Boccuzzi dated January 6, 2017. Document filed by The Republic of Argentina.(Boccuzzi, Carmine) (Entered: 01/06/2017) |
| 01/06/2017 | 9 | ORDER granting 8 Letter Motion for Extension of Time to Answer.So ordered. The Republic of Argentina answer due 1/31/2017. (Signed by Judge Thomas P. Griesa on 1/6/2017) (lmb) (Entered: 01/06/2017) |
| 01/30/2017 | 10 | CONSENT LETTER MOTION for Extension of Time *for Defendant's time to Answer, move or otherwise respond to the Complaint,* addressed to Judge Thomas P. Griesa from Carmine D. Boccuzzi dated January 30, 2017. Document filed by The Republic of Argentina.(Boccuzzi, Carmine) (Entered: 01/30/2017) |
| 01/31/2017 | 11 | ORDER granting 10 Letter Motion for Extension of Time. SO ORDERED. (Signed by Judge Thomas P. Griesa on 1/31/2017) (jwh) (Entered: 01/31/2017) |
| 01/31/2017 | | Set/Reset Deadlines: The Republic of Argentina answer due 2/15/2017. (jwh) (Entered: 01/31/2017) |
| 02/17/2017 | 12 | STIPULATION AND ORDER: IT IS HEREBY STIPULATED BY AND BETWEEN the undersigned counsel as follows: 1. The undersigned parties agree that this Action should be stayed until April 28, 2017. 2. Either of the undersigned parties may terminate the stay, at which point the Republic will have 30 days. from the date that the stay is terminated to respond to the Complaint. 3. If neither of the undersigned parties has terminated the stay by April 14, 2017, the undersigned parties will meet and confer, in good faith, to determine whether a stay of this Action for an additional period of time will be requested from the Court. 4. If the undersigned parties elect to.ask the Court to stay this Action for an additional period, the stay shall continue and the parties shall promptly file a stipulation seeking such relief within seven days after they meet and confer pursuant to Paragraph 3 above. 5. The provisions in Paragraphs 3 and 4 above are without prejudice to one or more of the undersigned parties individually asking the Court to stay this Action for an additional period of time, even if one or more of the undersigned parties does not consent to that relief. 6. If the undersigned parties do not stipulate to ask the Court to extend the stay and if no stay is granted upon the request of fewer than all of the undersigned parties, the Republic will have until May 30, 2017 to file its responding papers. (Signed by Judge Thomas P. Griesa on 2/17/2017) (cla) (Entered: 02/17/2017) |
| 02/17/2017 | | Case Stayed (cla) (Entered: 02/17/2017) |
| 04/21/2017 | 13 | STIPULATION AND ORDER: IT IS HEREBY STIPULATED BY AND BETWEEN the undersigned counsel as follows: The undersigned parties agree that this Action should be stayed until June 30, 2017, and as further set forth. (Signed by Judge Thomas P. Griesa on 4/21/2017) (ras) (Entered: 04/21/2017) |

| | | |
|---|---|---|
| 06/09/2017 | | NOTICE OF CASE REASSIGNMENT to Judge Loretta A. Preska. Judge Thomas P. Griesa is no longer assigned to the case. (bcu) (Entered: 06/09/2017) |
| 07/05/2017 | 14 | STIPULATION AND ORDER: IT IS HEREBY STIPULATED BY AND BETWEEN the undersigned counsel as follows: 1. The undersigned parties agree that both Actions should be stayed until October 2, 2017. 2. Either of the undersigned parties may terminate the stay in either or both Actions, at which point the Republic will have 30 days from the date that the stay is terminated to respond to the Complaint. 3. If neither of the undersigned parties has terminated the stay by September 15, 2017, the undersigned parties will meet and confer, in good faith, to determine whether a stay of either or both Actions for an additional period of time will be requested from the Court. 4. If the undersigned parties elect to ask the Court to stay either or both Actions for an additional period, the stay shall continue and the parties shall promptly file a stipulation seeking such relief within seven days after they meet and confer pursuant to Paragraph 3 above. 5. The provisions in Paragraphs 3 and 4 above are without prejudice to one or more of the undersigned parties asking the Court to stay either or both Actions for an additional period of time, even if one or more of the undersigned parties does not consent to that relief. 6. If the undersigned parties do not stipulate to ask the Court to extend the stay and if no stay is granted upon the request of fewer than all of the undersigned parties, the Republic will have until November 1, 2017 to answer, move to dismiss or otherwise respond to the Complaints in the Actions. IT IS FURTHER STIPULATED BY AND BETWEEN the undersigned counsel that nothing in this stipulation shall waive any right or defense of any party, all of which rights and defenses me expressly reserved, including any defense of the Republic based on sovereign immunity and/or a lack of jurisdiction. (Signed by Judge Loretta A. Preska on 7/5/2017) (mro) (Entered: 07/05/2017) |
| 07/05/2017 | | Case Stayed (mro) (Entered: 07/05/2017) |
| 07/05/2017 | | Set/Reset Deadlines: The Republic of Argentina answer due 11/1/2017. (mro) (Entered: 07/05/2017) |
| 10/03/2017 | 15 | STIPULATION AND ORDER: IT IS HEREBY STIPULATED BY AND BETWEEN the undersigned counsel as follows: The undersigned parties agree that both Actions should be stayed until January 5, 2018. Either of the undersigned parties may terminate the stay in either or both Actions, at which point the Republic will have 30 days from the date that the stay is terminated to respond to the Complaint, and as further set forth in this order. (Case stayed.) (Signed by Judge Loretta A. Preska on 10/2/2017) (jwh) Modified on 11/14/2017 (jwh). (Entered: 10/03/2017) |
| 01/20/2018 | 16 | STIPULATION AND ORDER: IT IS HEREBY STIPULATED BY AND BETWEEN the undersigned counsel as follows: 1. The undersigned parties agree that both Actions should be stayed until April 5, 2018. 2. Either of the undersigned parties may terminate the stay in either or both Actions, at which point the Republic will have 30 days from the date that the stay is terminated to respond to the Complaint, and as further set forth in this order. (Signed by Judge Loretta A. Preska on 1/3/2018) (jwh) (Entered: 01/22/2018) |
| 01/20/2018 | | Set/Reset Deadlines: The Republic of Argentina answer due 5/7/2018. (jwh) (Entered: 03/09/2018) |
| 04/02/2018 | 17 | STIPULATION AND ORDER: IT IS HEREBY STIPULATED BY AND BETWEEN the undersigned counsel as follows: 1. The undersigned parties agree that both Actions should be stayed until August 6, 2018. 2. Either of the undersigned parties may terminate the stay in either or both Actions, at which point the Republic will have 30 days from the date that the stay is terminated to respond to the Complaint, and as further set forth in this stipulation. If the undersigned parties do not stipulate to ask the Court to extend the stay and if no stay is granted upon the request of fewer than all of the undersigned parties, the Republic will have until September 6, 2018 to answer, move to dismiss or otherwise respond to the Complaints in the Actions. (Signed by Judge Loretta A. Preska on 4/2/2018) (jwh) Modified on 5/29/2018 (jwh). (Entered: 04/02/2018) |
| 04/02/2018 | | Set/Reset Deadlines: The Republic of Argentina answer due 9/6/2018. (jwh) (Entered: 04/02/2018) |

| 04/02/2018 | | Set/Reset Deadlines: Motions due by 9/6/2018. (jwh) (Entered: 05/29/2018) |
|---|---|---|
| 07/31/2018 | 18 | STIPULATION AND ORDER: IT IS HEREBY STIPULATED BY AND BETWEEN the undersigned counsel as follows: The undersigned parties agree that both Actions should be stayed until December 6, 2018, and as further set forth in this order. If the undersigned parties do not stipulate to ask the Court to extend the stay and if no stay is granted upon the request of fewer than all of the undersigned parties, the Republic will have until January 7, 2019 to answer, move to dismiss or otherwise respond to the Complaints in the Actions. (Signed by Judge Loretta A. Preska on 7/31/2018) (jwh) (Entered: 07/31/2018) |
| 07/31/2018 | | Set/Reset Deadlines: Motions due by 1/7/2019. (jwh) (Entered: 07/31/2018) |
| 07/31/2018 | | Set/Reset Deadlines: The Republic of Argentina answer due 1/7/2019. (jwh) (Entered: 07/31/2018) |
| 01/02/2019 | 19 | LETTER MOTION for Conference *on the Republic's proposed Motion to Extend the Stay* addressed to Judge Loretta A. Preska from Carmine D. Boccuzzi, Jr. dated January 2, 2019. Document filed by The Republic of Argentina. (Attachments: # 1 Text of Proposed Order)(Boccuzzi, Carmine) (Entered: 01/02/2019) |
| 01/02/2019 | 20 | PROPOSED ORDER. Document filed by The Republic of Argentina. Related Document Number: 19 . (Boccuzzi, Carmine) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 01/02/2019) |
| 01/03/2019 | | **\*\*\*NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 20 Proposed Order was reviewed and approved as to form. (km)** (Entered: 01/03/2019) |
| 01/07/2019 | 21 | LETTER RESPONSE to Motion addressed to Judge Loretta A. Preska from Anthony J. Costantini, Esq. dated January 7, 2019 re: 19 LETTER MOTION for Conference *on the Republic's proposed Motion to Extend the Stay* addressed to Judge Loretta A. Preska from Carmine D. Boccuzzi, Jr. dated January 2, 2019. . Document filed by Bainbridge Fund LTD. (Costantini, Anthony) (Entered: 01/07/2019) |
| 01/08/2019 | 22 | LETTER REPLY to Response to Motion addressed to Judge Loretta A. Preska from Carmine D. Boccuzzi, Jr. dated January 8, 2019 re: 19 LETTER MOTION for Conference *on the Republic's proposed Motion to Extend the Stay* addressed to Judge Loretta A. Preska from Carmine D. Boccuzzi, Jr. dated January 2, 2019. . Document filed by The Republic of Argentina. (Boccuzzi, Carmine) (Entered: 01/08/2019) |
| 01/10/2019 | 23 | LETTER REPLY to Response to Motion addressed to Judge Loretta A. Preska from Anthony Costantini dated January 10, 2019 re: 19 LETTER MOTION for Conference *on the Republic's proposed Motion to Extend the Stay* addressed to Judge Loretta A. Preska from Carmine D. Boccuzzi, Jr. dated January 2, 2019. . Document filed by Bainbridge Fund LTD. (Costantini, Anthony) (Entered: 01/10/2019) |
| 03/20/2019 | 24 | ORDER granting 19 Letter Motion for Conference: Defendant's motion to continue the stay is granted. (Signed by Judge Loretta A. Preska on 3/20/2019) (jwh) (Entered: 03/21/2019) |
| 03/13/2020 | 25 | NOTICE OF APPEARANCE by David Thomas McTaggart on behalf of Bainbridge Fund LTD..(McTaggart, David) (Entered: 03/13/2020) |
| 04/29/2020 | 26 | LETTER MOTION for Conference addressed to Judge Loretta A. Preska from Anthony J. Costantini, Esq. dated April 29, 2020. Document filed by Bainbridge Fund LTD..(Costantini, Anthony) (Entered: 04/29/2020) |
| 04/30/2020 | 27 | ORDER granting 26 Motion for Conference. Counsel may proceed with the proposed motions. SO ORDERED. (Signed by Judge Loretta A. Preska on 4/30/2020) (va) (Entered: 04/30/2020) |
| 05/19/2020 | 28 | MOTION for Partial Summary Judgment . Document filed by Bainbridge Fund LTD..(Costantini, Anthony) (Entered: 05/19/2020) |
| 05/19/2020 | 29 | MEMORANDUM OF LAW in Support re: 28 MOTION for Partial Summary Judgment . *Plaintiff Bainbridge Fund Ltd.'s Memorandum of Law in Support of Its Motion for Partial Summary Judgment*. Document filed by Bainbridge Fund LTD..(Costantini, Anthony) (Entered: 05/19/2020) |

| 05/19/2020 | 30 | RULE 56.1 STATEMENT. Document filed by Bainbridge Fund LTD..(Costantini, Anthony) (Entered: 05/19/2020) |
|---|---|---|
| 05/19/2020 | 31 | DECLARATION of Igor Cornelsen in Support re: 28 MOTION for Partial Summary Judgment .. Document filed by Bainbridge Fund LTD. (Attachments: # 1 Exhibit A – FAA Bonds, # 2 Exhibit B – Evidence of Ownership of Bond US040114GG96, # 3 Exhibit C – Damages Calculations through May 31, 2020).(Costantini, Anthony) (Entered: 05/19/2020) |
| 06/01/2020 | 32 | LETTER addressed to Judge Loretta A. Preska from Carmine D. Boccuzzi dated June 1, 2020 re: Republic's response to Plaintiff's summary judgment motion. Document filed by The Republic of Argentina..(Boccuzzi, Carmine) (Entered: 06/01/2020) |
| 06/02/2020 | 33 | MEMO ENDORSEMENT on re: (32 in 1:16–cv–08605–LAP) Letter filed by The Republic of Argentina. ENDORSEMENT: The proposed response date is approved. SO ORDERED. ( Responses due by 6/9/2020.) (Signed by Judge Loretta A. Preska on 6/2/2020) (va) (Entered: 06/02/2020) |
| 06/09/2020 | 34 | LETTER addressed to Judge Loretta A. Preska from Carmine D. Boccuzzi, Jr. dated June 9, 2020 re: the Motions for Summary Judgment filed on 5/19/20 by plaintiff Bainbridge Fund Ltd.. Document filed by The Republic of Argentina..(Boccuzzi, Carmine) (Entered: 06/09/2020) |
| 06/10/2020 | 35 | ORDER: The Court is in receipt of counsel's letter dated June 9, 2020 [dkt. no. 34 in 16 Civ. 8605]. Counsel shall confer and propose an order resolving the summary judgment motions. SO ORDERED. (Signed by Judge Loretta A. Preska on 6/10/2020) (va) (Entered: 06/10/2020) |
| 06/10/2020 | 36 | NOTICE OF APPEARANCE by Rahul Mukhi on behalf of The Republic of Argentina..(Mukhi, Rahul) (Entered: 06/10/2020) |
| 11/30/2020 | 37 | CONSENT LETTER addressed to Judge Loretta A. Preska from Anthony J. Costantini dated November 30, 2020 re: Proposed Order and Judgment. Document filed by Bainbridge Fund LTD..(Costantini, Anthony) (Entered: 11/30/2020) |
| 11/30/2020 | 38 | PROPOSED ORDER. Document filed by Bainbridge Fund LTD. Related Document Number: 28 ..(Costantini, Anthony) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 11/30/2020) |
| 11/30/2020 | 39 | PROPOSED JUDGMENT. Document filed by Bainbridge Fund LTD..(Costantini, Anthony) **Proposed Judgment to be reviewed by Clerk's Office staff.** (Entered: 11/30/2020) |
| 11/30/2020 | | ***NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 38 Proposed Order was reviewed and approved as to form. (dt)** (Entered: 11/30/2020) |
| 11/30/2020 | | ***NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. 39 Proposed Judgment was reviewed and approved as to form. (dt)** (Entered: 11/30/2020) |
| 12/01/2020 | 40 | OPINION AND ORDER re: (28 in 1:16–cv–08605–LAP) MOTION for Partial Summary Judgment . filed by Bainbridge Fund LTD, (27 in 1:16–cv–08665–LAP) MOTION for Partial Summary Judgment . filed by Bainbridge Fund LTD. The motion for partial summary judgment is granted. Judgment will be entered on the First Claim for Relief in Bainbridge I, for the principal amount of the FAA Bond issued by the Republic, plus interest. All of the remaining claims in Bainbridge I are dismissed. Bainbridge II is dismissed in its entirety. The Clerk of the Court shall terminate the motion reflected in dkt. no. 28 in 16–cv–8605 and dkt. no. 27 in 16–cv–8665. Settle judgment. SO ORDERED. (Signed by Judge Loretta A. Preska on 12/1/2020) (va) Transmission to Orders and Judgments Clerk for processing. (Entered: 12/01/2020) |
| 12/01/2020 | 41 | JUDGMENT: Now, it is hereby, ORDERED, ADJUDGED AND DECREED that Plaintiff shall recover from the Republic of Argentina (the "Republic") as follows: 1. With respect to the bond in the principal amount of $34,000,000 bearing ISIN US040114GG96, with a maturity date of June 19, 2018 and a coupon rate of 12.25%, Plaintiff Bainbridge Fund Ltd. shall recover from the Republic (A) $95,424,899.38, which figure is comprised of (i) $34,000,000 (representing the unpaid value of the principal on the bond); plus (ii)$41,650,000 (representing the unpaid 12.25% interest |

|  |  |  |
|---|---|---|
|  |  | on the principal on the bond from November 4, 2010 through November 30, 2020) and (iii) $19,774,899.38 (representing interest on the unpaid interest, calculated at the statutory rate of 9% from December 19, 2010 through November 30, 2020); plus (B) all interest that has accrued since November 30, 2020 until the date of entry of this Judgment, in the per diem amount of $21,981.94, which figure is comprised of (i) $11,569.44 in per diem interest on the unpaid principal; and (ii) $10,412.50 in per diem pre–judgment interest on the unpaid interest. 2. It is further ORDERED that, until further notice from the Court, Plaintiff must refrain from selling or otherwise transferring its interest in the bonds involved in this action without advising the Court in advance and obtaining the permission of the Court. 3. It is further ORDERED that, consistent with the terms of the Court's Opinion and Order dated Dec. 1, 2020, all of Plaintiff's other claims in these cases are hereby dismissed. The Clerk of the Court shall mark both actions closed and all pending motions denied as moot. SO ORDERED. (Signed by Judge Loretta A. Preska on 12/1/2020) (va) Transmission to Finance Unit (Cashiers) for processing. (Entered: 12/01/2020) |
| 12/01/2020 |  | Case Stay Lifted. (va) (Entered: 12/01/2020) |
| 12/31/2020 | 42 | NOTICE OF APPEAL from 40 Memorandum & Opinion,,, 41 Judgment,,,,,,,. Document filed by Bainbridge Fund LTD. Filing fee $ 505.00, receipt number ANYSDC–23290313. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit. (Attachments: # 1 Exhibit A –– Judgment, # 2 Exhibit B –– Opinion and Order).(Costantini, Anthony) (Entered: 12/31/2020) |
| 01/04/2021 |  | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 42 Notice of Appeal,..(nd) (Entered: 01/04/2021) |
| 01/04/2021 |  | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 42 Notice of Appeal, filed by Bainbridge Fund LTD were transmitted to the U.S. Court of Appeals..(nd) (Entered: 01/04/2021) |
| 11/30/2021 | 43 | LETTER MOTION for Conference addressed to Judge Loretta A. Preska from Anthony J. Constantini dated 11/30/2021. Document filed by Bainbridge Fund LTD..(Costantini, Anthony) (Entered: 11/30/2021) |
| 12/03/2021 | 44 | LETTER RESPONSE in Opposition to Motion addressed to Judge Loretta A. Preska from Carmine D. Boccuzzi, Jr. dated December 3, 2021 re: 43 LETTER MOTION for Conference addressed to Judge Loretta A. Preska from Anthony J. Constantini dated 11/30/2021. . Document filed by The Republic of Argentina..(Boccuzzi, Carmine) (Entered: 12/03/2021) |
| 12/06/2021 | 45 | LETTER REPLY to Response to Motion addressed to Judge Loretta A. Preska from Anthony J. Costantini dated 12/06/2021 re: 43 LETTER MOTION for Conference addressed to Judge Loretta A. Preska from Anthony J. Constantini dated 11/30/2021. . Document filed by Bainbridge Fund LTD..(Costantini, Anthony) (Entered: 12/06/2021) |
| 12/07/2021 | 46 | MEMO ENDORSEMENT on re: 45 Reply to Response to Motion, filed by Bainbridge Fund LTD. ENDORSEMENT: The issues presented warrant full briefing. The parties shall jointly submit a proposed briefing schedule on Bainbridge's motion no later than Monday December 13. SO ORDERED. (Signed by Judge Loretta A. Preska on 12/7/2021) (va) (Entered: 12/07/2021) |
| 12/13/2021 | 47 | LETTER addressed to Judge Loretta A. Preska from Anthony J. Costantini, Esq. dated December 13, 2021 re: Status of the Joint Briefing Schedule. Document filed by Bainbridge Fund LTD..(Costantini, Anthony) (Entered: 12/13/2021) |
| 12/14/2021 | 48 | MEMO ENDORSEMENT on re: 47 Letter filed by Bainbridge Fund LTD. ENDORSEMENT: Extension granted through Wednesday December 15. SO ORDERED. (Signed by Judge Loretta A. Preska on 12/14/2021) (va) (Entered: 12/14/2021) |
| 12/14/2021 | 49 | LETTER addressed to Judge Loretta A. Preska from Anthony J. Constantini dated 12/14/21 re: Proposed Joint Briefing Schedule. Document filed by Bainbridge Fund LTD..(Costantini, Anthony) (Entered: 12/14/2021) |
| 12/15/2021 | 50 | MEMO ENDORSEMENT on re: 49 Letter filed by Bainbridge Fund LTD, ( Motions due by 12/22/2021. ENDORSEMENT: SO ORDERED. (Responses due by 2/1/2022, |

| | | |
|---|---|---|
| | | Replies due by 2/15/2022.) (Signed by Judge Loretta A. Preska on 12/15/2021) (ate) (Entered: 12/15/2021) |
| 12/22/2021 | 51 | MOTION to Enforce Judgment re: 41 Judgment,,,,,,, . Document filed by Bainbridge Fund LTD..(Costantini, Anthony) (Entered: 12/22/2021) |
| 12/22/2021 | 52 | MEMORANDUM OF LAW in Support re: 51 MOTION to Enforce Judgment re: 41 Judgment,,,,,,, . . Document filed by Bainbridge Fund LTD..(Costantini, Anthony) (Entered: 12/22/2021) |
| 12/22/2021 | 53 | DECLARATION of Anthony J. Costantini in Support re: 51 MOTION to Enforce Judgment re: 41 Judgment,,,,,,, .. Document filed by Bainbridge Fund LTD. (Attachments: # 1 Exhibit A – Judgment, # 2 Exhibit B – Order and Opinion, # 3 Exhibit C – Demand Letter, # 4 Exhibit D – FAA, # 5 Exhibit E – Form 18–K, # 6 Exhibit F – Certified Translation Law 23,928).(Costantini, Anthony) (Entered: 12/22/2021) |
| 01/27/2022 | 54 | CONSENT LETTER MOTION for Extension of Time to File *Opposition to Motion for Turnover Order, and for Page Extension* addressed to Judge Loretta A. Preska from Carmine D. Boccuzzi, Jr. dated January 27, 2022. Document filed by The Republic of Argentina..(Boccuzzi, Carmine) (Entered: 01/27/2022) |
| 01/28/2022 | 55 | ORDER granting 54 Letter Motion for Extension of Time to File. SO ORDERED. (Signed by Judge Loretta A. Preska on 1/28/2022) (va) (Entered: 01/28/2022) |
| 01/28/2022 | | Set/Reset Deadlines: Responses due by 2/8/2022. Replies due by 2/22/2022. (va) (Entered: 01/28/2022) |
| 02/08/2022 | 56 | NOTICE OF APPEARANCE by Rathna Janani Ramamurthi on behalf of The Republic of Argentina..(Ramamurthi, Rathna) (Entered: 02/08/2022) |
| 02/08/2022 | 57 | NOTICE OF APPEARANCE by Rebecca Deanne Rubin on behalf of The Republic of Argentina..(Rubin, Rebecca) (Entered: 02/08/2022) |
| 02/08/2022 | 58 | NOTICE of Issue of Foreign Law re: 51 MOTION to Enforce Judgment re: 41 Judgment,,,,,,, .. Document filed by The Republic of Argentina..(Boccuzzi, Carmine) (Entered: 02/08/2022) |
| 02/08/2022 | 59 | DECLARATION of Carlos Fabian Sgarbi in Opposition re: 51 MOTION to Enforce Judgment re: 41 Judgment,,,,,,, .. Document filed by The Republic of Argentina..(Boccuzzi, Carmine) (Entered: 02/08/2022) |
| 02/08/2022 | 60 | DECLARATION of Graciela Adriana Luciani in Opposition re: 51 MOTION to Enforce Judgment re: 41 Judgment,,,,,,, .. Document filed by The Republic of Argentina..(Boccuzzi, Carmine) (Entered: 02/08/2022) |
| 02/08/2022 | 61 | DECLARATION of Rathna J. Ramamurthi in Opposition re: 51 MOTION to Enforce Judgment re: 41 Judgment,,,,,,, .. Document filed by The Republic of Argentina. (Attachments: # 1 Exhibit 1 ISIN US040114GG96 NOTE, # 2 Exhibit 2 Peterson Solicitor General Brief, # 3 Exhibit 3 Law No. 26,961 (with certified translation)).(Boccuzzi, Carmine) (Entered: 02/08/2022) |
| 02/08/2022 | 62 | MEMORANDUM OF LAW in Opposition re: 51 MOTION to Enforce Judgment re: 41 Judgment,,,,,,, . . Document filed by The Republic of Argentina..(Boccuzzi, Carmine) (Entered: 02/08/2022) |
| 02/08/2022 | 63 | DECLARATION of Carlos M. Tombeur in Opposition re: 51 MOTION to Enforce Judgment re: 41 Judgment,,,,,,, .. Document filed by The Republic of Argentina. (Attachments: # 1 Exhibit A – Law 26,076, # 2 Exhibit B – Decree 1599/2005, # 3 Exhibit C – Law 24,030, # 4 Exhibit D – Law 26,739, # 5 Exhibit E – Law 24,144, # 6 Exhibit F – Law 11,672 (1999), # 7 Exhibit G – Law 11,672 (2014), # 8 Exhibit H – Law 24,624, # 9 Exhibit I – Law 25,401, # 10 Exhibit J – Case Columbia de Seguros, # 11 Exhibit K Case Sassi, Pedro, # 12 Exhibit L Law 24,076, # 13 Exhibit M – Decree 2741/91, # 14 Exhibit N (Pt. 1) – Law 24,241, # 15 Exhibit N (Pt. 2) – Law 24,241, # 16 Exhibit Ex. O Case Colman Gonzalez, Magdalena, # 17 Exhibit P Lino Enrique Palacio Civil Procedural Law, # 18 Exhibit Q Case Sofia, Virginia, # 19 Exhibit R Law No. 27,591, # 20 Exhibit S Case Paz de Guillen Clelia E. and Others, # 21 Exhibit T Code of Civil and Commercial Procedures 517–519, # 22 Exhibit U Case |

| | | |
|---|---|---|
| | | G.B., S.M., # 23 Exhibit V Case Meier Astrid, Adelaida E. and Other, # 24 Exhibit W Case B.G., V. and Other).(Boccuzzi, Carmine) (Entered: 02/08/2022) |
| 02/10/2022 | 64 | CONSENT LETTER MOTION for Leave to File Excess Pages *for Turnover Motion Reply Brief due 2–22–2022* addressed to Judge Loretta A. Preska from Anthony J. Costantini dated 2–10–2022. Document filed by Bainbridge Fund LTD..(Costantini, Anthony) (Entered: 02/10/2022) |
| 02/11/2022 | 65 | ORDER granting 64 Letter Motion for Leave to File Excess Pages. The five–page extension is granted. SO ORDERED.. (Signed by Judge Loretta A. Preska on 2/11/2022) (kv) (Entered: 02/11/2022) |
| 02/22/2022 | 66 | REPLY MEMORANDUM OF LAW in Support re: 51 MOTION to Enforce Judgment re: 41 Judgment,,,,,,, . . Document filed by Bainbridge Fund LTD..(Costantini, Anthony) (Entered: 02/22/2022) |
| 06/28/2022 | 67 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** PROPOSED CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT. Filing fee $ 11.00, receipt number ANYSDC–26343567. Clerk's Certification of a Judgment to be Registered in Another District to be Mailed by the Court. Document filed by Bainbridge Fund LTD. (Attachments: # 1 Exhibit Subject Judgment dated 12–01–20 (D.E. 41)) Document Number of Related Judgment: 41 ..(Costantini, Anthony) **Proposed document to be reviewed and processed by Clerk's Office staff (No action required by chambers).** Modified on 6/29/2022 (km). (Entered: 06/28/2022) |
| 06/28/2022 | 68 | PROPOSED ABSTRACT OF JUDGMENT. Filing fee $ 11.00, receipt number ANYSDC–26343605. Abstract of Judgment to be Mailed by the Court. Document filed by Bainbridge Fund LTD. Document Number of Related Judgment: 41 ..(Costantini, Anthony) **Proposed document to be reviewed and processed by Clerk's Office staff (No action required by chambers).** (Entered: 06/28/2022) |
| 06/29/2022 | | ABSTRACT OF JUDGMENT ISSUED on June 29, 2022, in favor of Bainbridge Fund LTD and against The Republic of Argentina in the amount of $95,424,899.38. Abstract of Judgment mailed by the Court.(km) (Entered: 06/29/2022) |
| 06/29/2022 | | ***NOTICE TO ATTORNEY REGARDING REJECTION OF PROPOSED CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT. Notice to Attorney Anthony Costantini document 67 Proposed Clerk's Certification of a Judgment to be Registered in Another District was rejected by the Clerk's Office for the following reason: a notice of appeal from this judgment has been filed and is still pending. Please refile the Proposed Clerk's Certification of Judgment to be Registered in Another District after a certified mandate has been issued and docketed in the district court. (km)** (Entered: 06/29/2022) |
| 07/13/2022 | 69 | MANDATE of USCA (Certified Copy) as to 42 Notice of Appeal, filed by Bainbridge Fund LTD. USCA Case Number 21–0037. Ordered, Adjudged and Decreed that the judgment of the District Court is AFFIRMED. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Issued As Mandate: 07/13/2022. (Attachments: # 1 Opinion).(nd) (Entered: 07/13/2022) |
| 07/13/2022 | 70 | PROPOSED CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT. Clerk's Certification of a Judgment to be Registered in Another District to be Mailed by the Court. Document filed by Bainbridge Fund LTD. (Attachments: # 1 Text of Proposed Order) Document Number of Related Judgment: 41 ..(Costantini, Anthony) **Proposed document to be reviewed and processed by Clerk's Office staff (No action required by chambers).** (Entered: 07/13/2022) |
| 07/13/2022 | | CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT ISSUED on July 13, 2022, in favor of plaintiff Bainbridge Fund LTD., against defendants Republic of Argentina (the "Republic") as follows: With respect to the bond in the principal amount of $34,000,000 bearing ISIN US040114GG96, with a maturity date of June 19, 2018 and a coupon rate of 12.25%, Plaintiff Bainbridge Fund Ltd. shall recover from the Republic (A) $95,424,899.38, which figure is comprised of (i) $34,000,000 (representing the unpaid value of the principal on the bond); plus (ii)$41,650,000 (representing the unpaid 12.25% interest |

| | | |
|---|---|---|
| | | on the principal on the bond from November 4, 2010 through November 30, 2020) and (iii) $19,774,899.38 (representing interest on the unpaid interest, calculated at the statutory rate of 9% from December 19, 2010 through November 30, 2020); plus (B) all interest that has accrued since November 30, 2020 until the date of entry of this Judgment, in the per diem amount of $21,981.94, which figure is comprised of (i) $11,569.44 in per diem interest on the unpaid principal; and (ii) $10,412.50 in per diem pre–judgment interest on the unpaid interest. Certification of a Judgment to be Registered in Another District to be Mailed by the Court..(tp) (Entered: 07/13/2022) |
| 02/27/2023 | 71 | NOTICE of CPLR 6212 Filing. Document filed by Bainbridge Fund LTD. (Attachments: # 1 Exhibit 1 – Amended Order of Attachment Dated February 17, 2023, # 2 Exhibit 2 – Order of Attachment Dated January 31, 2023, # 3 Exhibit 3 – Memorandum of Law In Support of Ex Parte Motion for Attachment, # 4 Exhibit 4 – Declaration of Anthony J. Costantini in Support of the Ex Parte Motion for Order of Attachment, # 5 Exhibit 4A – Costantini Dec. Exhibit A, # 6 Exhibit 4B – Costantini Dec. Exhibit B, # 7 Exhibit 4C – Costantini Dec. Exhibit C, # 8 Exhibit 4D – Costantini Dec. Exhibit D, # 9 Exhibit 4E – Costantini Dec. Exhibit E, # 10 Exhibit 4F – Costantini Dec. Exhibit F, # 11 Exhibit 5 – Letter to Court Dated February 16, 2023, # 12 Exhibit 6 – Proposed Order of Attachment, # 13 Exhibit 7 – Proposed Amended Order of Attachment, # 14 Exhibit 8 – Summons, # 15 Exhibit 9 – Complaint, # 16 Exhibit 10 – Undertaking).(Costantini, Anthony) (Entered: 02/27/2023) |
| 02/28/2023 | 72 | NOTICE OF APPEARANCE by Michael Martin Brennan on behalf of Federal Reserve Bank of New York..(Brennan, Michael) (Entered: 02/28/2023) |
| 03/02/2023 | 73 | ORDER: The parties may submit additional briefing on these questions as set forth below: Bainbridge shall submit an opening brief of not more than ten, double–spaced pages by March 16, 2023; The Republic shall submit a responsive brief of not more than ten, double–spaced pages by March 30, 2023; and Bainbridge shall submit a reply brief of not more than five, double–spaced pages by April 5, 2023. SO ORDERED. ( Brief due by 3/16/2023., Reply to Response to Brief due by 4/5/2023., Responses to Brief due by 3/30/2023) (Signed by Judge Loretta A. Preska on 3/2/2023) (tg) (Entered: 03/02/2023) |
| 03/02/2023 | 74 | NOTICE OF APPEARANCE by Kevin Savarese on behalf of Bainbridge Fund LTD..(Savarese, Kevin) (Entered: 03/02/2023) |
| 03/03/2023 | 75 | MOTION Confirm the Amended Ex Parte Order of Attachment . Document filed by Bainbridge Fund LTD. (Attachments: # 1 Text of Proposed Order – Proposed Order).(Costantini, Anthony) (Entered: 03/03/2023) |
| 03/03/2023 | 76 | MEMORANDUM OF LAW in Support re: 75 MOTION Confirm the Amended Ex Parte Order of Attachment . . Document filed by Bainbridge Fund LTD..(Costantini, Anthony) (Entered: 03/03/2023) |
| 03/03/2023 | 77 | DECLARATION of Anthony J. Costantini in Support re: 75 MOTION Confirm the Amended Ex Parte Order of Attachment .. Document filed by Bainbridge Fund LTD. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F).(Costantini, Anthony) (Entered: 03/03/2023) |
| 03/07/2023 | 78 | AFFIDAVIT of Jeffrey Hayes re: 75 MOTION Confirm the Amended Ex Parte Order of Attachment ., 76 Memorandum of Law in Support of Motion, 77 Declaration in Support of Motion, *Affidavit of Service of Amended Order Granting Ex Parte Motion for Order of Attachment, dated Feb. 17, 2023; and Motion to Confirm Amended Ex Parte Order of Attachment with supporting papers*. Document filed by Bainbridge Fund LTD..(Costantini, Anthony) (Entered: 03/07/2023) |
| 03/16/2023 | 79 | MEMORANDUM OF LAW in Support re: 51 MOTION to Enforce Judgment re: 41 Judgment,,,,,,, . *Plaintiff's Supplemental Brief in Further Support of Turnover Motion as Directed by March 2, 2023 Court Order*. Document filed by Bainbridge Fund LTD. (Attachments: # 1 Exhibit A – CPLR 6205 Legislative History).(Costantini, Anthony) (Entered: 03/16/2023) |
| 03/20/2023 | 80 | PROPOSED PROTECTIVE ORDER. Document filed by Bainbridge Fund LTD..(Costantini, Anthony) (Entered: 03/20/2023) |

| | | |
|---|---|---|
| 03/22/2023 | 81 | STIPULATION AND ORDER GOVERNING CONFIDENTIAL MATERIAL...regarding procedures to be followed that shall govern the handling of confidential material... IT IS SO ORDERED. (Signed by Judge Loretta A. Preska on 3/21/2023) (tg) (Entered: 03/22/2023) |
| 03/30/2023 | 82 | LETTER addressed to Judge Loretta A. Preska from Carmine D. Boccuzzi, Jr. dated March 30, 2023 re: response to Court's March 2, 2023 Order 73 and to Plaintiff's Supplemental Brief 79 . Document filed by The Republic of Argentina..(Boccuzzi, Carmine) (Entered: 03/30/2023) |
| 03/31/2023 | 83 | CONSENT MOTION to Seal . Document filed by The Republic of Argentina..(Boccuzzi, Carmine) (Entered: 03/31/2023) |
| 03/31/2023 | 84 | MEMORANDUM OF LAW in Support re: 83 CONSENT MOTION to Seal . *[REDACTED]*. Document filed by The Republic of Argentina..(Boccuzzi, Carmine) (Entered: 03/31/2023) |
| 04/05/2023 | 85 | REPLY MEMORANDUM OF LAW in Support re: 51 MOTION to Enforce Judgment re: 41 Judgment,,,,,,,, . *Plaintiff's Reply Supplemental Brief in Further Support of Turnover Motion as Directed by March 2, 2023 Court Order*. Document filed by Bainbridge Fund LTD..(Costantini, Anthony) (Entered: 04/05/2023) |
| 04/21/2023 | 86 | MOTION for Kevin Savarese to Withdraw as Attorney *for Plaintiffs*. Document filed by Bainbridge Fund LTD. (Attachments: # 1 Affidavit Declaration of Kevin Savarese in Support of Motion to Withdraw as Counsel).(Savarese, Kevin) (Entered: 04/21/2023) |
| 04/21/2023 | 87 | AMENDED MOTION for Kevin Savarese to Withdraw as Attorney *Corrected Notice of Motion and [Proposed Order] for Withdrawal of Counsel*. Document filed by Bainbridge Fund LTD. (Attachments: # 1 Affidavit Declaration of Kevin Savarese in Support of Motion to Withdraw as Counsel).(Savarese, Kevin) (Entered: 04/21/2023) |
| 04/24/2023 | 88 | MEMO ENDORSEMENT on NOTICE OF MOTION AND ORDER FOR WITHDRAWAL OF COUNSEL: granting 87 Motion to Withdraw as Attorney. ENDORSEMENT: IT IS SO ORDERED. Attorney Kevin Savarese terminated. (Signed by Judge Loretta A. Preska on 4/24/2023) (ama) (Entered: 04/24/2023) |
| 04/28/2023 | 89 | LETTER MOTION to Seal *Notice of Appeal* addressed to Judge Loretta A. Preska from Carmine D. Boccuzzi, Jr dated April 28, 2023. Document filed by The Republic of Argentina..(Boccuzzi, Carmine) (Entered: 04/28/2023) |
| 04/28/2023 | 90 | ***SELECTED PARTIES*** NOTICE OF APPEAL. Document filed by The Republic of Argentina, Bainbridge Fund LTD. Filing fee $ 505.00, receipt number ANYSDC–27674233. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit. Motion or Order to File Under Seal: 89 .(Boccuzzi, Carmine) (Entered: 04/28/2023) |
| 04/28/2023 | 91 | NOTICE OF APPEAL. Document filed by The Republic of Argentina. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Boccuzzi, Carmine) (Entered: 04/28/2023) |
| 05/01/2023 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 90 Notice of Appeal,..(nd) (Entered: 05/01/2023) |
| 05/01/2023 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 91 Notice of Appeal filed by The Republic of Argentina, 90 Notice of Appeal filed by The Republic of Argentina were transmitted to the U.S. Court of Appeals..(nd) (Entered: 05/01/2023) |
| 05/01/2023 | 92 | ORDER: granting 89 Letter Motion to Seal. SO ORDERED. (Signed by Judge Loretta A. Preska on 5/01/2023) (ama) (Entered: 05/01/2023) |